IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY WALTER BROOM,

    Plaintiff,                            JUDGMENT IN A CIVIL CASE

v.                                              16-cv-262-jdp

AZTALAN ENGINEERING, INC.,

    Defendant.

---

    This action came for consideration before the court with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Aztalan Engineering, Inc. granting its motion for summary judgment, awarding attorney fees and expenses to defendant Aztalan Engineering, Inc. in the amount of $1,427.50 against plaintiff Gary Walter Broom and dismissing this case.

| /s/ | 5/15/2018 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |