IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

GARY WALTER BROOM,

                Plaintiff,

v.

AZTALAN ENGINEERING, INC.,

                Defendant.

ORDER

16-cv-262-jdp

---

Judgment was entered in favor of defendant Aztalan Engineering, Inc., after I granted its motion for summary judgment in a May 15, 2018 order. *See* Dkt. 42. I also granted Aztalan's second motion to sanction plaintiff Gary Walter Broom for failing to turn over discovery. Even after I granted Aztalan's motion to compel and its first motion for sanctions, Broom failed to comply with my order directing him to adequately answer Aztalan's discovery requests. *Id*. at 2. I directed Aztalan to submit an itemized accounting of its reasonable expenses in preparing its second motion. It has now done so, indicating that counsel seeks $1,670.50 in fees for 6.7 hours of time split among three lawyers.

Broom objects, stating that he has limited funds and that he filed this lawsuit because of Aztalan's employee's actions. *See* Dkt. 45. This is really more of an objection to my order granting Aztalan's motion for sanctions, rather than an objection to the amount sought by counsel. Even if I considered it to be a motion for reconsideration of my decision ordering sanctions, I would deny it. Regardless of the substantive merits of the case or Broom's financial status, he had the duty to properly respond to Aztalan's discovery requests. I ordered Broom to pay counsel's costs because of his repeated failure to follow discovery rules by turning over

appropriate information to the opposing party. Because Aztalan's figures are reasonable, I will award it the amount it seeks.

ORDER

IT IS ORDERED that defendant Aztalan Engineering, Inc. is awarded its reasonable attorney fees and expenses in the amount of $1,670.50.

Entered June 21, 2018.

BY THE COURT:

/s/
_____
JAMES D. PETERSON
District Judge