IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

GARY WALTER BROOM,

    Plaintiff,

  v.

AZTALAN ENGINEERING, INC.,

    Defendant.

AMENDED JUDGMENT IN A CIVIL CASE

Case No. 16-cv-262-jdp

This action came before the court for consideration with District Judge James D. Peterson presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Aztalan Engineering, Inc. granting its motion for summary judgment and awarding attorney fees and expenses to defendant in the amounts of $1,427.50 and $1,670.50 against plaintiff Gary Walter Broom.

| 6/21/2018 | /s/ |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |